UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x

RACHEL BORST,

                               Plaintiff,

         -against-

NEW YORK CITY DEPARTMENT OF EDUCATION,
CARMEN FARINA, CHANCELLOR, all sued in their
individual and official capacities,

                              Defendants.

**NOTICE OF MOTION TO DISMISS THE AMENDED COMPLAINT**

17 Civ. 3041 (RRM) (CLP)

------------------------------------------------------------------------ X

        **PLEASE TAKE NOTICE** that, upon the Memorandum of Law in Support of Defendants' Motion To Dismiss the Amended Complaint, dated September 5, 2018, and upon all other pleadings and proceedings herein, Defendants will move this Court, at the United States District Court for the Eastern District Court of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201, before the Honorable Roslynn R. Mauskopf, United States District Judge, at a date and time to be determined by the Court, for an order dismissing the Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

        **PLEASE TAKE FURTHER NOTICE** that pursuant to this Court's July 30, 2018 Order, answering papers, if any, shall be served on or before October 10, 2018, and reply papers, if any, shall be served on or before October 31, 2018.

Dated: New York, New York
       September 5, 2018

                        **ZACHARY W. CARTER**
                        Corporation Counsel of the City of New York
                        Attorney for the Defendants
                        100 Church Street, Room 2-139
                        New York, New York 10007-2601
                        Tel: (212) 356-2473
                        kbowers@law.nyc.gov

               By:      */s/ Kerrin A. Bowers*
                        Kerrin A. Bowers
                        Assistant Corporation Counsel