UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x

RACHEL BORST,

                        Plaintiff,                               **JUDGMENT**

      -against-                                     17-CV-3041 (RRM) (CLP)

NEW YORK CITY DEPARTMENT OF EDUCATION *et al.*,

                        Defendants.
----------------------------------------------------------------------x

      A Memorandum and Order having been issued this day granting defendants motion to dismiss all claims brought in this action, it is hereby

      ORDERED, ADJUDGED AND DECREED that plaintiff take nothing from defendants, and that this action is dismissed with prejudice.

Dated: Brooklyn, New York                        *Roslynn R. Mauskopf*
       September 27, 2019

                                                          _____
                                                          ROSLYNN R. MAUSKOPF
                                                          United States District Judge